# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Carol M Holt | ) | Chapter 13 |
| | ) | Case No. 12 B 28812 |
| Debtor(s) | ) | Judge Eugene R. Wedoff |

## Notice of Motion

Carol M Holt
12514 S Indiana Ave
Chicago, IL  60628

Debtor Attorney: Robert J Adams & Associates
via Clerk's ECF noticing procedures

On July 31, 2014 at 9:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Thursday, July 24, 2014.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On July 20, 2012, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on December 06, 2012, for a term of 42 months with payments of $600.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 24 | $14,400.00 | $12,600.00 | $1,800.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 07/23/2014
Due Each Month: $600.00
Next Pymt Due: 08/19/2014

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 10/10/2012 | 69853406 | $0.11 | 10/26/2012 | 9074089277 | $600.00 |
| 10/29/2012 | 70446212 | $276.92 | 01/24/2013 | 20662788295 | $600.00 |
| 03/04/2013 | 9074127734 | $600.00 | 04/01/2013 | 9074138768 | $3,000.00 |
| 04/01/2013 | 9074138769 | $600.00 | 06/03/2013 | 9074158617 | $600.00 |
| 11/04/2013 | 9074207842 | $1,200.00 | 01/21/2014 | 531225702 | $2,322.28 |
| 03/17/2014 | 531273930 | $1,200.00 | 04/17/2014 | 531294907 | $600.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE